Flow Productions, Inc. v. Reed Elsevier, Inc. et al					Doc. 1 Att. 1

# EXHIBIT A

Dockets.Justia.com

# CONFIDENTIAL DISCLOSURE AGREEMENT

This Agreement entered into on the date hereinafter set forth by and between Alan J. Imhoff and Jeffrey R. Davis of the International Medical News Group (IMNG) and Elsevier Society News Group (ESNG) 60 B [illegible], New Jersey 07645 ("RECEIVER") and W. Campbell Douglass III MD, MS [illegible] 311 [illegible] Drive, New Smyrna Beach, FL 32169.

WHEREAS, the RECEIVER and DISCLOSER may provide information to each other which may be confidential for the purpose of investigating a proposed business relationship (the "Investigation");

WHEREAS, DISCLOSER desires to provide valuable proprietary/franchise ideas to RECEIVER on projects which may be proprietary/confidential to DISCLOSER; and

WHEREAS, DISCLOSER desires to utilize the services of RECEIVER, during the course of which it may be necessary for DISCLOSER to disclose to RECEIVER confidential information;

NOW, THEREFORE, for good and valuable consideration, the receipt and adequacy of which is hereby acknowledged, the parties agree as follows:

RECEIVER shall hold in strict confidence, and not disclose to others or use any technical or business information, manufacturing technique, process, experimental work, trade secret or other "confidential" matter disclosed by DISCLOSER to RECEIVER for a period of ten (10) years from the date of this Agreement, as provided for herein, except to the extent requested by RECEIVER in connection with the business activity, or unless the information:

(a) Was in the possession of the RECEIVER prior to its disclosure by DISCLOSER, and RECEIVER has documentary evidence of such possession;
(b) Was independently developed by RECEIVER prior to the disclosure thereof and there is documentary evidence of such development; or
(c) Was received by RECEIVER without restriction from a source other than DISCLOSER.

For the purposes of this Confidential Disclosure Agreement, the term "confidential" as used herein shall mean any communications by DISCLOSER to RECEIVER including audio recording, live communications, E-mail and/or in writing.

RECEIVER agrees not to make public or authorize any disclosure or publication of the Information, except as expressly permitted in writing by DISCLOSER; to take all reasonable steps to ensure that all principals, officers, agents, employees, representatives, consultants, or any other persons affiliated in any manner with RECEIVER do not disclose, or make public, or authorize any disclosure or publication of any of the Information, and to enforce this Agreement; not to use the Information for any purpose other than for the purpose of the Investigation;

IN WITNESS WHEREOF, the parties have caused this instrument to be executed by their duly authorized representatives.

_____    _____    W. Campbell Douglass III MD, MS
Alan J. Imhoff                    Jeffrey R. Davis              W. Campbell Douglass III MD, MS
For IMNG/ESNG                For IMNG/ESNG              For Longevity Consultants

5/9/05                             5/9/05                             5/9/05
Date                                Date                                Date