# EXHIBIT C

## NONDISCLOSURE AGREEMENT

This NONDISCLOSURE AGREEMENT (this "NDA") is agreed to by the person and/or entities signing below ("Recipient").

1. *Confidential Information.* "Confidential Information" shall mean: (i) all information owned by W. CAMPBELL DOUGLASS III, M.D., MS AND/OR FLOW PRODUCTIONS, INC. ("Discloser") conveyed orally or in writing, including without limitation Discloser's business plans, financial information, product plans, and unpublished intellectual property of every kind; and (ii) all information, documents, technology, products, and services containing or derived therefrom. The parties acknowledge and agree that Recipient may receive or be exposed to Confidential Information regardless of whether Recipient affirmatively requests, or Discloser affirmatively approves, such receipt or exposure. Discloser shall retain ownership of Confidential Information, and nothing herein shall be construed as a license or assignment of any Confidential Information to Recipient.

2. *Nonuse & Nondisclosure.* Recipient shall use Confidential Information solely in furtherance of Recipient's analysis of whether to enter into a business relationship with Discloser. Recipient shall not otherwise use in any way, or disclose to any third party, any Confidential Information, except to third parties who are signatory to a copy of this NDA, and as otherwise may be expressly authorized by Discloser in writing. Recipient shall: (i) protect the confidentiality of Confidential Information as Recipient protects its own confidential information, using no less than a reasonable degree of care, (ii) deliver to Discloser upon Discloser's request all Confidential Information in Recipient's possession or control, (iii) notify Discloser upon discovery of any unauthorized use or disclosure of Confidential Information; and (iv) reasonably cooperate with Discloser to regain possession thereof.

3. *Exceptions.* Recipient's obligations of nonuse and nondisclosure provided herein shall cease to apply to any portion of Confidential Information at such time as, and solely to the extent that, Recipient materially demonstrates that, through no breach hereof or of any duty of confidentiality owed to Discloser, such portion lawfully is or becomes: (i) received by Recipient from a third party without restriction on its use or disclosure; (ii) part of the public domain; (iii) independently developed by Recipient without any reference to or use of Confidential Information; (iv) required to be disclosed by Recipient by governmental rule or judicial order; provided that Recipient shall use best efforts to limit the scope and duration of such disclosure.

4. *Termination.* This NDA shall be effective until terminated by written notice from either party to the other, whereupon this NDA shall remain effective in perpetuity with respect to all Confidential Information constituting trade secrets then having been disclosed to Recipient by Discloser, and for a period of 3 years with respect to all other Confidential Information then having been so disclosed.

5. *Remedies.* In the event of Recipient's actual or threatened unauthorized disclosure or use of Confidential Information, Discloser, having no adequate remedy at law, shall be entitled to obtain injunctive relief against Recipient without posting bond or security, in addition to all other remedies available at law or in equity. This NDA shall be construed and enforced in accordance with the laws of the State of Florida, without regard to conflicts of laws. Any actions arising hereunder shall be adjudicated before a court of competent jurisdiction located in Tampa, Florida, and the prevailing party shall be entitled to its costs and fees (including reasonable attorneys' fees).

6. *General.* This NDA may be amended solely by a mutually executed writing. Any waiver with reference to one event or one portion of Confidential Information shall not be construed as continuing or as a bar to or waiver of any right or remedy as to a subsequent event or any other portion thereof. Unenforceable provisions hereof, if any, as applied to particular circumstances shall be reformed to the extent strictly necessary to render such provisions enforceable when applied to such particular circumstances. This NDA constitutes the entire agreement between the parties with respect to the subject matter hereof.

IN WITNESS WHEREOF, Recipient has executed this NONDISCLOSURE AGREEMENT to be effective as of the date executed by Recipient:

*Elsevier*
_____
On behalf of Company (if any)

11830 West Line Industrial Dr.
_____ St. Louis, MO
Address 63146

_____
Authorized Signature

Scott Trentley                3/10/06
_____     _____
Printed Name                Date